FILED

FEB 12 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __1:08cr21-MEF__ |
| | ) | [18 USC § 922(g)(1)] |
| DAVID MICHAEL ALLEN | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

That on or about the 6th day of July, 2007, in Dale County, Alabama, within the Middle District of Alabama, the defendant,

DAVID MICHAEL ALLEN,

having been convicted of Possession of Controlled Substance, case number cc 93 000046 on August 11, 1993, in the Circuit Court of Dale County, for which he was sentenced to serve four years in the state penitentiary, sentence to run concurrent with convictions in case number 93 000219:Theft of Property 2nd; case number 93 000225: Burglary 3rd; and case number 93 000261: Theft of Property 2nd, all felonies under the laws of the State of Alabama, thereafter knowingly possessed in and affecting commerce, a firearm that is a Davis, Model P380, .380 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation as alleged in Count 1 of this indictment, the defendant,

DAVID MICHAEL ALLEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

a Davis, Model P380, .380 caliber pistol.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

A TRUE BILL:

_____
Foreperson

_____
Tommie Brown Hardwick
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

2