# United States District Court
## for
## Middle District of Alabama

RECEIVED

### Petition for Warrant/Summons and Report for Defendant
### Under Pretrial Release Supervision

2008 JUN -9 A 8: 51

Name of Defendant: DAVID MICHAEL ALLEN                    Case Number: 1:08cr21-MEF

Name of Releasing Judicial Officer: The Honorable Terry F. Moorer, U.S. Magistrate Judge

Date of Release: February 21, 2008

Original Offense: Felon in Possession of a Firearm [18 U.S.C. 922(g)(1)]

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: July 11, 2008 (Sentencing)

Conditions of Release: Execute $25,000 unsecured appearance bond; Electronic Monitoring (Home Incarceration); No firearms; Refrain from use or unlawful possession of narcotic drug; substance abuse testing; No contact with witnesses or victims; Refrain from attempting to obstruct or tamper with electronic monitoring equipment and/or substance abuse testing; Participate in program of inpatient or outpatient treatment if deemed necessary; Report as soon as possible any contact with law enforcement; Refrain from possessing any type of drug paraphernalia; No new debt; Follow probation officer's instructions.

Assistant U.S. Attorney: Kent B. Brunson                    Defense Attorney: Alyia McKee

## PETITIONING THE COURT

[ X ]   To issue a warrant
[ ]     To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition No. (p): "Refrain from any use or unlawful possession of narcotic drug and other controlled substances..." | On June 3, 2008, Allen submitted a urine sample that tested presumptive positive for marijuana and cocaine. Allen admitted smoking two or three marijuana cigarettes on June 2, 2008. However, he stated that he did not know the cigarettes were mixed with cocaine. |
| Condition No. (t): "The defendant shall participate in the home confinement program (home incarceration) and abide by the requirements of the program, which will include electronic monitoring or other location verification system." | David Allen has failed to abide by the requirements of the electronic monitoring program by leaving his residence without the prior approval of his probation officer. Allen stated that he had left his residence to pick his mother up from the hospital, and to run errands for her. |

| Condition No. (w): The defendant shall follow all instructions for the supervising probation officer." | On May 6, 2008, Allen provide a urine sample that tested positive for the presence of marijuana and cocaine. Allen advised that a friend brought the marijuana to his home and he smoked a marijuana cigarette. Subsequently, Allen was instructed to advise his friend not to bring marijuana to his home again. Allen stated he would comply with the instruction. On June 3, 2008, after again testing positive for marijuana and cocaine, Allen advised that he called the same friend to come over and talk. He stated that the same friend came over with marijuana and he smoked two or three marijuana cigarettes. Allen further admitted that he never told his friend not to bring marijuana to his residence. |
|---|---|

<u>Supervision history of defendant and actions taken by officer:</u> Allen has been on supervision since February 21, 2008. On May 8, 2008, USPO David Conoly notified the court of Allens marijuana usage on or about May 1, 2008.

U.S. Probation Officer Recommendation: Considering Allen's continued use of controlled substances and violations of the home confinement program, it is respectfully recommended that a warrant be issued and Allen be brought before the court to determine why his bond should not be revoked.

[X]     The term of supervision should be:
    [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

                                          I declare under penalty of perjury that the
                                          foregoing is true and correct

                                          Respectfully submitted,

                              by          /s/ David A. Conoly

                                          David A. Conoly
                                          U.S. Probation Officer
                                          Date: June 6, 2008

Reviewed and approved:

/s/ Sandra Wood
Sandra Wood
Supervisory U. S. Probation Officer

---

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_____
Signature of Judicial Officer

_____
Date