### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 1:08-CR-21-MEF** |
| | ) | |
| **DAVID MICHAEL ALLEN** | ) | |

### WAIVER OF
### PRELIMINARY EXAMINATION AND DETENTION HEARING

**COMES NOW** the Defendant, David Michael Allen, and, through undersigned counsel, waives his right to a preliminary examination and a detention hearing in this matter.  In support of this motion, undersigned counsel would show the following:

1.      Mr. Allen was arrested on a petition for revocation of pretrial release supervision  on June 19, 2008, (Doc. # 29.)

2.      Preliminary and detention hearings were initially set for Thursday, June 26, 2008, at 2:00 p.m.  (Doc. # 32.)

3.      On Tuesday,  June 24, 2008, undersigned counsel conferred with Mr. Allen respecting the advisability of proceeding with the scheduled hearings.

4.      Upon consultation, the Defendant, Mr. Allen, has determined that a waiver of the scheduled hearings would be in his best interests, and respectfully request that the final revocation be held at sentencing.

5.      A signed waiver of rights is attached.

6.      The sentencing hearing for Mr. Allen is scheduled for July 11, 2008, at 9:00 a.m.

**WHEREFORE**, for the reasons stated above, Mr. Allen requests that this Court accept his waiver of a preliminary hearing and a detention hearing and request for final revocation be held at sentencing by means of this motion.

Dated this 25th day of June 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 1:08-CR-21-MEF** |
| | ) | |
| **DAVID MICHAEL ALLEN** | ) | |

### CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson,  Esq., Assistant U. S. Attorney.

         Respectfully submitted,


         s/ Aylia McKee
         AYLIA MCKEE
         Assistant Federal Defender
         201 Monroe Street, Suite 407
         Montgomery, Alabama 36104
         Phone: (334) 834-2099
         Fax: (334) 834-0353
         E-mail: aylia_mckee@fd.org
         ASB-6178-A39M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| | ) | |
| **V.** | ) | **CASE NO: 1:08-CR-21-MEF** |
| | | |
| **DAVID MICHAEL ALLEN** | **)** | |
| | **)** | |

## <u>WAIVER OF RIGHTS</u>

COMES NOW the Defendant, **DAVID MICHAEL ALLEN,** and notifies the Court that having been advised of my right to a preliminary hearing and a detention hearing, do knowingly and voluntarily waive said right.  I consent to proceed forward without a preliminary hearing or a detention hearing with the understanding that a final revocation hearing will be scheduled in this case.

Dated this 24th day of June, 2008

_____   –


_____

Attorney