IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 1:08-cr-21-MEF |
| ) | |
| DAVID MICHAEL ALLEN ) | |

## ORDER

On June 25, 2008, Defendant David Michael Allen filed a *Waiver of Preliminary Examination and Detention Hearing* (Doc. 33) along with the signed waiver of rights. As a result and for good cause, it is **ORDERED** that the preliminary examination and a detention hearing scheduled for Thursday, June 26, 2008 at 2:00 p.m. is hereby **CANCELLED**.

DONE this 26th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE