IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 1:08-cr-21-MEF |
| ) | |
| DAVID MICHAEL ALLEN ) | |

### **ORDER**

On June 19, 2008, the Government made an oral Motion for Detention Hearing. Pursuant to the *Waiver of Preliminary Examination and Detention Hearing* (Doc. 33), the oral motion for a detention hearing is **DENIED as moot** and Defendant shall remain in custody.

DONE this 27th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE