IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CASE NO. 1:08cr21-MEF |
| | ) |
| **DAVID MICHAEL ALLEN** | ) |

**DECLARATION OF PUBLICATION**

Notice of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 14, 2008 and ending June 12, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct this 11th day of July, 2008.

```
                          LEURA G. CANARY
                          UNITED STATES ATTORNEY


                          /s/Tommie Brown Hardwick
                          TOMMIE BROWN HARDWICK
                          Assistant United States Attorney
                          Bar Number: ASB4152 W86T
                          131 Clayton Street
                          Montgomery, Alabama 36104
                          Phone: (334) 223-7280
                          Fax: (334) 223-7135
                          E-mail: tommie.hardwick@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dwayne Brown.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## COURT CASE NUMBER: 1:08CR21-MEF; NOTICE OF FORFEITURE

Notice is hereby given that on April 25, 2008, in the case of <u>United States v. David Michael Allen</u>, Court Case Number: 1:08CR21-MEF, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

Davis industries P-380 pistol, 380Cal, SN AP068781, $100.00 (08-ATF-006228), which was seized from David Allen on March 25, 2008 at 1792 Skipperville Highway Ozark, located in Ozark, AL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days from the first day of publication (May 14, 2008) of this Notice on this official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The petition must be filed with the Clerk of the Court, One Church Street, Montgomery, AL 36104, and a copy served upon Assistant United States Attorney Tommie Brown Hardwick, 131 Clayton Street, Post Office Box 197 (36101), Montgomery, AL 36104. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 14, 2008 and June 12, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

United States v. David Michael Allen
**Court Case No:**     1:08CR21-MEF
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/14/2008 | 23.4 | Verified |
| 2 | 05/15/2008 | 23.4 | Verified |
| 3 | 05/16/2008 | 22.4 | Verified |
| 4 | 05/17/2008 | 23.6 | Verified |
| 5 | 05/18/2008 | 23.6 | Verified |
| 6 | 05/19/2008 | 23.6 | Verified |
| 7 | 05/20/2008 | 23.5 | Verified |
| 8 | 05/21/2008 | 23.6 | Verified |
| 9 | 05/22/2008 | 23.6 | Verified |
| 10 | 05/23/2008 | 23.7 | Verified |
| 11 | 05/24/2008 | 23.6 | Verified |
| 12 | 05/25/2008 | 23.6 | Verified |
| 13 | 05/26/2008 | 23.6 | Verified |
| 14 | 05/27/2008 | 23.7 | Verified |
| 15 | 05/28/2008 | 23.7 | Verified |
| 16 | 05/29/2008 | 23.6 | Verified |
| 17 | 05/30/2008 | 23.6 | Verified |
| 18 | 05/31/2008 | 22.5 | Verified |
| 19 | 06/01/2008 | 22.5 | Verified |
| 20 | 06/02/2008 | 23.5 | Verified |
| 21 | 06/03/2008 | 23.6 | Verified |
| 22 | 06/04/2008 | 23.7 | Verified |
| 23 | 06/05/2008 | 23.7 | Verified |
| 24 | 06/06/2008 | 23.7 | Verified |
| 25 | 06/07/2008 | 23.6 | Verified |
| 26 | 06/08/2008 | 23.6 | Verified |
| 27 | 06/09/2008 | 22.1 | Verified |
| 28 | 06/10/2008 | 23.6 | Verified |
| 29 | 06/11/2008 | 23.7 | Verified |
| 30 | 06/12/2008 | 23.7 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Tommie Brown Hardwick in the Middle District of Alabama at (334) 223-7280.