IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
    v.                       )      CASE NO. 1:08cr21-MEF
                             )
DAVID MICHAEL ALLEN          )

### UNITED STATES OF AMERICA'S MOTION
### FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

1.   On April 25, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. #24) ordering defendant David Michael Allen to forfeit the following firearm to the United States: one Davis, Model P380, .380 caliber pistol, bearing serial number AP068781;

2.   On May 6, 2008, notice was served upon Norma J. Allen by an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (Doc. #26);

3.   Notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was posted on an official government internet site (www.forfeiture.gov) for at least

30 consecutive days, beginning on May 14, 2008 and ending on June 12, 2008 (Doc. #36); and,

4.    No petitions of interest were filed within the thirty-day period.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 14th day of July, 2008.


LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:08cr21-MEF** |
| | ) | |
| **DAVID MICHAEL ALLEN** | ) | |

**<u>FINAL ORDER OF FORFEITURE</u>**

WHEREAS, on April 25, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. #24), ordering defendant David Michael Allen to forfeit the following firearm to the United States: one Davis, Model P380, .380 caliber pistol, bearing serial number AP068781;

WHEREAS, on May 6, 2008, notice was served upon Norma J. Allen by an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (Doc. #26);

Notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 14, 2008 and ending on June 12, 2008 (Doc. #36);

WHEREAS, no timely petition has been filed; and,

WHEREAS, the Court finds that defendant David Michael Allen has an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c): one Davis, Model P380, .380 caliber pistol, bearing serial number AP068781;

2.   All right, title and interest to  the firearm described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3.   The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.   The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the _____ day of _____, 2008.


_____
CHIEF, UNITED STATES DISTRICT JUDGE