### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:08cr21-MEF** |
| | ) | |
| **DAVID MICHAEL ALLEN** | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on April 25, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. # 24), ordering defendant David Michael Allen to forfeit the following firearm to the United States: one Davis, Model P380, .380 caliber pistol, bearing serial number AP068781;

WHEREAS, on May 6, 2008, notice was served upon Norma J. Allen by an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (Doc. # 26);

Notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 14, 2008 and ending on June 12, 2008 (Doc. #36);

WHEREAS, no timely petition has been filed; and,

WHEREAS, the Court finds that defendant David Michael Allen has an interest in the

firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 37) is GRANTED.

2. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c): one Davis, Model P380, .380 caliber pistol, bearing serial number AP068781;

3. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

5. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 15th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE